UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) <br> ) <br> **MATTHEW H. GIROUX,** ) <br> **Debtor.** ) <br> _____ ) <br> **MORTGAGE ELECTRONIC** ) <br> **REGISTRATION SYSTEMS, INC., and** ) <br> **COUNTRYWIDE HOME LOANS, INC** ) <br>     Appellants, ) <br> ) <br> v. ) <br> ) <br> **WARREN E. AGIN, TRUSTEE** ) <br>     Appellee. ) | **09-CV-10988-PBS** |

## TRUSTEE WARREN E. AGIN'S ADDITIONAL DESIGNATIONS FOR RECORD ON APPEAL

Pursuant to Federal Rules of Appellate Procedure Rule 6 (b) (2) (B) (ii) and Federal Rules of Bankruptcy Procedure Rule 8006, Trustee Warren E. Agin ("Appellee") submits the following additional parts to be included in the designations for the record on appeal, in response to the Appellants Designation of Record on Appeal (Docket Entry # 21), filed December 28, 2009:

**Warren E. Agin, Trustee v. Mortgage Electronic Registrations Systems, Inc. et al., United States Bankruptcy Court, Dist. of Mass, Adversary Proceeding No. 08-01261**

    **Docket Entry # 48**. An official transcript (RE: 30 Motion for Summary Judgment, 41 Opposition) heard on 2/18/2009 has been filed.  Entered: 02/24/2009.

    **Docket Entry # 76**. Appellant Designation of Contents For Inclusion in Record On Appeal *and Statement of Issues* Filed by Defendants Countrywide Home Loans, Mortgage Electronic Registration Systems, Inc.  Entered: 06/11/2009.

    **Docket Entry # 91**. Memorandum and Order Dated 11/17/2009 Issued By District Court Judge Patti B, Saris…AFFIRMED.  Entered: 11/18/2009.

    **Docket Entry # 94**. Motion filed by Plaintiff Warren E. Agin to Approve Compromise Under Rule 9019 the value of the lien preserved for the estate's benefit.  Entered: 11/25/2009.

**Docket Entry # 95**. Stipulation By Plaintiff Warren E. Agin and MERS and Countrywide with certificate of service.  Entered: 11/25/2009.

**Docket Entry # 98**. Endorsed Order dated 12/17/2009 RE: 94 Motion filed by Plaintiff Warren E. Agin to Approve Compromise Under Rule 9019 the value of the lien preserved for the estate's benefit (RE: 95 Stipulation By Plaintiff Warren E. Agin and MERS and Countrywide). MOTION ALLOWED.  Entered: 12/17/2009.

**Docket Entry # 100**. Motion filed by Plaintiff Warren E. Agin for Judgment with certificate of service.  Entered: 12/21/2009.

**Mortgage Electronic Registration Systems, Inc. et al. v. Warren E. Agin, Trustee, United States Dist. Court, Dist. of Mass., No. 09-CV-10988-PBS**

**Docket Entry # 16**. Opposition re 14 MOTION for Certification of a Question of Law to the Supreme Judicial Court of Massachusetts filed by Warren E. Agin.  Entered: 07/30/2009.

> Respectfully submitted,
>
> Warren E. Agin, Trustee
> By his attorneys,
>
> /s/ Jeffrey J. Cymrot
> Jeffrey J. Cymrot
> BBO# 555925
> Sassoon & Cymrot, LLP
> 84 State Street, Suite 820
> Boston, MA 02109
> 617-720-0099
> 617-720-0366 fax
> jcymrot@sassooncymrot.com